**No. 25-1821**

---

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

---

GENERAL ELECTRIC COMPANY,

*Plaintiff-Appellee*,

v.

LPP COMBUSTION, LLC,

*Defendant-Appellant*.

---

Appeal from the U.S. District Court for the District of Delaware
in Case No. 1:22-cv-00720-GBW, District Judge Gregory Brian Williams

---

# GENERAL ELECTRIC COMPANY'S MOTION TO JOIN GE VERNOVA INC. AS APPELLEE

---

Mark N. Reiter
Albert Manuel Suarez, IV
Julia G. Tabat
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2923
(214) 698-3100

Evan T. Kratzer
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
(650) 849-5300

*Attorneys for Plaintiff-Appellee*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2025-1821

**Short Case Caption** General Electric Company v. LLP Combustion, LLC

**Filing Party/Entity** General Electric Company

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 06/11/2025

Signature: /s/ Mark N. Reiter

Name: Mark N. Reiter

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☑ None/Not Applicable |
| General Electric Company | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable ☑ Additional pages attached

| | | |
|---|---|---|
| Duane Morris LLP | Betty X. Yang | Robert A. Vincent |
| Brandon R. Harper | Philip Spear | Potter Anderson & Corroon LLP |
| Gibson, Dunn & Crutcher LLP | Timothy P. Best | Andrew L. Brown |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐ Yes (file separate notice; see below) ☑ No ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

4. Additional Legal Representatives (Fed. Cir. R. 47.4(a)(4))

Bindu A. Palapura
Brandon R Harper
Carson R Bartlett
David E Moore

Plaintiff-Appellee General Electric Company ("GE") hereby respectfully moves for joinder of GE Vernova Inc. ("GE Vernova"). Undersigned counsel conferred with Cortney Alexander, counsel for Defendant-Appellant LPP Combustion, LLC ("LPP"). LPP has confirmed that it does not oppose this motion.

On June 2, 2022, GE filed a declaratory judgment suit against LPP in United States District Court for the District of Delaware asserting that LPP's U.S. Patent Nos. 7,770,396, 7,934,924, and 7,435,080 are invalid and not infringed by a GE product—a gas turbine with dual ethane and natural gas capabilities unique to the Competitive Power Ventures Fairview Energy Center in Pennsylvania. *Gen. Elec. Co. v. LPP Combustion, LLC*, Complaint, Case No. 1:22-cv-00720-GBW (D. Del. June 2, 2022). On April 2, 2024, GE spun off its energy business into GE Vernova, an independent, publicly traded company. *See* GE Vernova LLC, Amendment No. 1 to General Form for Registration of Securities at iii–vii (Form 10) (Mar. 5, 2024).[1] GE Vernova is therefore the successor in interest of GE's energy business, and a real party with an interest in this appeal.

Although there is no rule in the Federal Rules of Appellate Procedure or the Federal Circuit Rules that allows for joinder, this Court has previously allowed appellate joinder under Federal Rule of Civil Procedure 21, which allows the court

[1] https://gevernova2024tf.q4web.com/files/doc_downloads/2024/03/GEV-Form-10_A-as-filed-3-5-2024-19225553-1.pdf

to add a party at any time on just terms. *See, e.g.*, *Uniloc USA, Inc. v. ADP, LLC*, 772 F. App'x 890, 893–94 (Fed. Cir. 2019). The Supreme Court has also allowed for appellate joinder. *See Newman-Green, Inc. v. Alfonzo-Larrain*, 490 U.S. 826, 833 (1989).

Joinder of GE Vernova would not prejudice LPP because the identity of the appellee is irrelevant to any of the issues on the appeal. GE is also not requesting additional time or other adjustments to the schedule to accommodate GE Vernova.

## CONCLUSION

Accordingly, GE respectfully requests that the Court join GE Vernova in this appeal.

Dated: June 11, 2025

Respectfully submitted,

/s/ *Mark N. Reiter*

Mark N. Reiter
Albert Manuel Suarez, IV
Julia G. Tabat
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2923
(214) 698-3100

Evan T. Kratzer
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
(650) 849-5300

*Attorneys for Plaintiff-Appellee*

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Federal Circuit Rule 32(b)(1) and the rules of this Court, because it contains 614 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f) and Federal Circuit Rule 32(b)(2).

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it was prepared in a proportionally spaced typeface using Microsoft Word 2019 in Times New Roman, 14-point font.

Dated: June 11, 2025

/s/ *Mark N. Reiter*
Mark N. Reiter

## CERTIFICATE OF SERVICE

I hereby certify that, on June 11, 2025, I caused the foregoing motion to be filed via the Court's CM/ECF system and served on all counsel of record via CM/ECF.

Dated: June 11, 2025

/s/ *Mark N. Reiter*
Mark N. Reiter