NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GENERAL ELECTRIC COMPANY, GE VERNOVA INC.,**
*Plaintiffs-Appellees*

**v.**

**LPP COMBUSTION, LLC,**
*Defendant-Appellant*

---

2025-1821

---

Appeal from the United States District Court for the District of Delaware in No. 1:22-cv-00720-GBW, Judge Gregory Brian Williams.

---

**ON MOTION**

---

Before TARANTO, *Circuit Judge*.

**O R D E R**

Upon consideration of General Electric Company's unopposed motion to join GE Vernova Inc. to the appeal,

IT IS ORDERED THAT:

(1) The motion is granted, and the revised official caption is reflected in this order.

(2) Within 7 days from the date of entry of this order, GE Vernova Inc. is directed to file an entry of appearance and certificate of interest.

FOR THE COURT

July 8, 2025
Date

Jarrett B. Perlow
Clerk of Court