# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2025-1821

**Short Case Caption:** General Electric Co. et al. v. LLP Combustion, LLC

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

GE Vernova Inc.

| | |
|---|---|
| **Principal Counsel:** Mark N. Reiter | Admission Date: 10/21/1992 |
| Firm/Agency/Org.: Gibson, Dunn & Crutcher LLP | |
| Address: 2001 Ross Avenue, Suite 2100, Dallas, TX 75201 | |
| Phone: (214) 698-3360 | Email: mreiter@gibsondunn.com |
| **Other Counsel:** Robert A. Vincent | Admission Date: 06/12/2025 |
| Firm/Agency/Org.: Gibson, Dunn & Crutcher LLP | |
| Address: 2001 Ross Avenue, Suite 2100, Dallas, TX 75201 | |
| Phone: (214) 698-3281 | Email: rvincent@gibsondunn.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 6/14/25

Signature: /s/ Mark N. Reiter

Name: Mark N. Reiter

**[DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]**

| | |
|---|---|
| **Other Counsel:** Albert Manuel Suarez, IV | Admission Date: 06/08/2022 |
| Firm/Agency/Org.: Gibson, Dunn & Crutcher LLP | |
| Address: 2001 Ross Avenue, Suite 2100, Dallas, TX 75201 | |
| Phone: (214) 698-3151 | Email: asuarez@gibsondunn.com |
| **Other Counsel:** Evan T. Kratzer | Admission Date: 10/05/2022 |
| Firm/Agency/Org.: Gibson, Dunn & Crutcher LLP | |
| Address: 310 University Avenue, Palo Alto, CA 94301 | |
| Phone: (650) 849-5281 | Email: ekratzer@gibsondunn.com |
| **Other Counsel:** Julia G. Tabat | Admission Date: 11/02/2021 |
| Firm/Agency/Org.: Gibson, Dunn & Crutcher LLP | |
| Address: 2001 Ross Avenue, Suite 2100, Dallas, TX 75201 | |
| Phone: (214) 698-3465 | Email: jtabat@gibsondunn.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |